JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LUNSTRUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-CV-07889-AB-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

- 1 -

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated: 11/27/2018

United States District Judge